IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Gerald G Kramer Jr : Case No. 1:20−bk−00260−HWV
Melanie Lee Kramer :
Debtor(s) : Chapter 13

## **ORDER**

**AND NOW**, upon consideration of the Debtor(s)' Motion to Reinstate Case, it is hereby:

**ORDERED** that Debtor(s)' Case is Reinstated.